IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR418-031
)
COREY WILSON, )
)
Defendant. )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 56.) After a careful review of the record, the Court concurs with the Report and Recommendation, which is **ADOPTED** as the Court's opinion in this case. Accordingly, the Court finds Defendant Corey Wilson **COMPETENT** to stand trial pursuant to 18 U.S.C. § 4241.

SO ORDERED this 1st day of November 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA