# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) | CR418-031 |
| COREY WILSON | ) ) ) | |

## ORDER

Defendant Corey Wilson, proceeding *pro se* with standby counsel (doc. 13), was arraigned on a superseding indictment on January 9, 2018. *See* doc. 76 (Notice of Hearing). At the arraignment, he orally requested a transcript of the proceeding. The Court **GRANTS** that motion. The Court Reporter is **DIRECTED** to prepare a transcript of the arraignment as quickly as practicable.[1] Stand-by counsel is **DIRECTED** to prepare the appropriate forms to request payment for the transcript pursuant to the Criminal Justice Act and to transmit the transcript to Wilson when it is prepared.

**SO ORDERED**, this 9th day of January, 2019.

Christopher L. Ray
United States Magistrate Judge

---

[1] Jury selection is scheduled to begin on January 14, 2019. *See* doc. 66.