IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR 418-031 |
| | ) |
| COREY WILSON | ) |
| | ) |

### ORDER

Recognizing the sensitive nature of the information contained therein, and pursuant to the government's motion to seal Exhibits A and B to its response to defendant's motion for compassionate release, the government's motion is hereby GRANTED, and the Clerk is directed to SEAL Exhibits A and B, with access limited to the parties and the Court until further Order of this Court.

SO ORDERED this 14th day of July 2020.

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA