IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CASE NO. CR418-031 |
| ) | |
| COREY WILSON, ) | |
| ) | |
| Defendant.   ) | |
| ) | |

## O R D E R

Before the Court is Defendant Corey Wilson's Motion for Reconsideration. (Doc. 160.) In his motion, Defendant seeks reconsideration of this Court's order denying his motion for compassionate release. (Doc. 159.) Specifically, Defendant argues that the Court "overlook[ed] certain facts involving [Defendant's] health and the time that he has served" in denying his motion for compassionate release. (Doc. 160 at 1.) Despite Defendant's contentions, the Court did consider Defendant's health conditions and found they presented an extraordinary and compelling reason for compassionate release. (Doc. 159 at 5.) The Court, however, ultimately denied Defendant's motion because it found that the factors set forth 18 U.S.C. § 3553(a) weighed against Defendant's release. (Id. at 9.) Although the Court recognizes that it incorrectly calculated the time remaining on Defendant's sentence, the time remaining on Defendant's sentence was only one of the § 3553(a) factors considered by the Court.

The Court also considered the seriousness of Defendant's offense and Defendant's propensity to commit further offenses while on supervised release. (Id.); see also United States v. Thompson, 641 F. App'x 641, 650 (8th Cir. 2016) ("When considering the § 3553(a) factors, a district court is not required to make specific findings; all that is generally required to satisfy the appellate court is evidence that the district court was aware of the relevant factors."). Based on the foregoing, the Court can find no reason to disturb its prior order. Accordingly, Defendant's motion (Doc. 160) is **DENIED**.

SO ORDERED this 19th day of November 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA